JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ERNEST CLEEK, III, <br><br> Petitioner, <br><br> vs. <br><br> AMY MILLER, WARDEN, <br><br> Respondent. | Case No. EDCV 12-1012-DMG (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: November 4, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE